**FILED**
JAMES J. VILT, JR. - CLERK

MAR 15 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 3:19-CR-029-CHB |
| v. | ) |
| | ) **VERDICT FORM** |
| TIMOTHY JOHN LEWIS, | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

We, the jury, unanimously find:

With respect to Count I in the Second Superseding Indictment, we find the defendant Timothy John Lewis:

Guilty  ✓          Not Guilty _____

DATE March 15, 2023

_____189_____
FOREPERSON